# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

DOUGLAS E. ROSENBERG on behalf of himself and others similarly situated,

  Plaintiff,

v.

LOANDEPOT.COM LLC and ASCEND MARKETING, LLC,

  Defendants.

Case No. 1:19-cv-10661-NMG

## STIPULATION OF DISMISSAL

The plaintiff files this stipulation of dismissal with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) of all claims against the defendants. None of the rights of any putative class members, other than the plaintiff have been released or are otherwise affected by this dismissal.

RESPECTFULLY SUBMITTED AND DATED on September 14, 2020.

      PLAINTIFF,
      By his attorneys

      */s/ Anthony I. Paronich*
      Anthony I. Paronich
      Paronich Law, P.C.
      350 Lincoln Street, Suite 2400
      Hingham, MA 02043
      Telephone: (508) 221-1510
      anthony@paronichlaw.com

      Alex M. Washkowitz
      Jeremy Cohen
      CW Law Group, P.C.
      188 Oaks Road
      Framingham, MA 01701
      alex@cwlawgrouppc.com

DEFENDANT
LOANDEPOT.COM, LLC
By its attorneys,

*/s/ Paul R. Mastrocola*
Paul R. Mastrocola
pmastrocola@burnslev.com
Kelly Kirby
kkirby@burnslev.com
Burns & Levinson LLP
125 Summer Street
Boston, MA 02110
(617) 345-3000
(617) 345-3299 (fax)

Daniel Delnero, Esq., (p*ro hac vice pending*)
daniel.delnero@squirepb.com
Squire Patton Boggs LLP
1230 Peachtree Street, NE
Suite 1700
Atlanta, GA 30309
(678) 272-3200
(678) 272-3211 (fax)

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 14, 2020, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, which is being served this day on all counsel of record via transmission of Notice of Electronic Filing generated by CM/ECF.

*/s/ Anthony I. Paronich*
Anthony I. Paronich